No. 96–8288. ARTEAGA v. SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–8289. ARTEAGA v. COURT OF APPEAL OF CALIFORNIA, SIXTH APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 96–8290. COOK v. CROGAN, COUNTY PROBATION OFFICER, SAN DIEGO COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8292. MULTANI v. ROSS UNIVERSITY ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 96–8298. SEWARD v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–8301. FARRELL v. OHIO. Ct. App. Ohio, Sandusky County. Certiorari denied.

No. 96–8305. ALESSI v. NORTHWEST AIRLINES, INC. C. A. 8th Cir. Certiorari denied.

No. 96–8306. MOLINA LOPEZ v. ARIZONA. Super. Ct. Ariz., Pima County. Certiorari denied.

No. 96–8315. FOSTER v. OLD TOWN TROLLEY ET AL. Ct. App. D. C. Certiorari denied.

No. 96–8316. EL-BADRAWI v. DICKSON SUPPLY CO. ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 96–8319. BRANCATO v. FISCHER. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 96–8338. MONTEZ v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 96–8397. SINGH v. GENERAL ACCOUNTING OFFICE ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–8402. NICOLAUS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8414. MARTIN v. RIVERS, WARDEN. C. A. 6th Cir. Certiorari denied.